## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dan Wang

                      Plaintiff,

v.                                                       Case No.: 1:22−cv−03201

                                                          Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's counsel is directed to file a status report by no later than 01/15/2024 informing the Court as to the status of the remaining defendants. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.