UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-03201 |
| v. | ) | |
| | ) | Dist. Judge Charles P. Kocoras |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Beth W. Jantz |
| Identified on Schedule "A", | ) | |
| Defendant. | ) | |

## Status Report

Pursuant to the Court's minute entry dated April 5, 2024 [Dkt. 95], Plaintiff submits this status report to inform the Court as to the status of the remaining defendants.

1. **Settlement Discussions.**

   a. Plaintiff has been in communications with several defendants who have not yet been dismissed, and has reached a settlement with Defendant No. 39, Shenzhen Xinghuo Import & Export Co., Ltd. ("Defendant 39"). Plaintiff intends to file a notice of dismissal under Rule 41(a)(1) (or to amend Schedule A, if the Court prefers Plaintiff to follow such procedure) to dismiss Defendant 39 from the case.

   b. Plaintiff has settled with Defendant No. 26, Fly Sunton ("Defendant 26"). To effect the terms of the settlement agreement with Defendant 26, Plaintiff intends to file an agreed motion for entry of consent judgment.

2. **Upcoming Motion for Default**

   a. Plaintiff requests until April 19, 2024, to file a motion for entry of default and default judgment against all remaining undismissed and unexcluded defendants.

Dated: April 12, 2024

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022

*Counsel for Plaintiff Dan Wang*