UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-03201 |
| v. | ) | |
| | ) | Dist. Judge Charles P. Kocoras |
| The Partnerships and Unincorporated | ) | |
| Associations Identified on Schedule "A", | ) | Mag. Judge Beth W. Jantz |
| | ) | |
| Defendants. | ) | |

## Notice of Dismissal

Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant(s):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 39 | Shenzhen Xinghuo Import & Export Co., Ltd. |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this April 19, 2024

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law

*Counsel for Plaintiff Dan Wang*