IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-03201 |
| | ) | |
| v. | ) | Dist. Judge Charles P. Kocoras |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) | Mag. Judge Beth W. Jantz |
| | ) | |
| Defendants. | ) | |

**Agreed Motion for Entry of Consent Judgment**

On June 20, 2022, Plaintiff Dan Wang ("Plaintiff") filed a Complaint [Dkt. 1] against, *inter alia*, the following defendant ("Defendant"):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 26 | Fly Sunton |

Plaintiff and Defendant have resolved all claims asserted in the Complaint and have agreed to the entry of the proposed Consent Judgment. Because neither Defendant nor any representative of Defendant has filed an appearance in this case, Defendant has consented to Plaintiff's filing of this motion. Plaintiff now moves this Honorable Court for the entry of a Consent Judgment substantially in the form submitted to Proposed_Order_Kocoras@ilnd.uscourts.gov.

Dated: April 19, 2024

                                                 <u>/s/ Ilya G. Zlatkin</u>
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
ilya@zce.law

*Counsel for Plaintiff*