IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-03201 |
| | ) | |
| v. | ) | Dist. Judge Charles P. Kocoras |
| | ) | |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Beth W. Jantz |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

**Plaintiff's Motion for Entry of Default and Default Judgment**

Plaintiff Dan Wang, by and through his counsel, hereby moves this Court to enter Default and Default Judgment against the Defendants identified in Exhibit A to the accompanying memorandum which Plaintiff submits in support hereof.

Dated: April 19, 2024

Respectfully submitted,

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 North Knox Avenue
Chicago, Illinois 60641
(312) 809-8022
ilya@zce.law

*Counsel for Plaintiff Dan Wang*