# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Dan Wang, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-03201 |
| v. | ) | |
| | ) | Dist. Judge Charles P. Kocoras |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) | Mag. Judge Beth W. Jantz |
| | ) | |
| Defendants. | ) | |

**List of Defaulting Defendants**

| # | Store | Listing URL | Store URL |
|---|---|---|---|
| 1 | profseller_company | https://www.ebay.com/itm/402668093846?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo%3DHOMESPLICE.SIM%26ao%3D1%26asc%3D20201210111314%26meid%3Dc73b72be7e8f4319964e565c69762ac5%26pid%3D101195%26rk%3D2%26rkt%3D12%26sd%3D124774613090%26itm%3D402668093846%26pmt%3D1%26noa%3D0%26pg%3D2047675%26algv%3DSimplAMLv9PairwiseWebMskuAspectsV202110NoVariantSeed%26brand%3DUnbranded&_trksid=p2047675.c101195.m1851&amdata=cksum%3A402668093846c73b72be7e8f4319964e565c69762ac5%7Cenc%3AAAQAGAAACIJMl6JEq2U%252BSxFAYYhHEUAeHorYot9URkq1o%252B8KR5Y%252BD3MezwbJnyuLKbujpyEVUGgIgVvZqGxyrUFe3tLUG8uj3lx8vW9sPoWNylKsQUFm9WANPv5c4cwgLiZlHqCDTGcEbjQcwzbXeh0K1GiTIdaYGSog5TWpJhjQzGacvS7wXb7llshpz0oXS7%252BrRa%252BtbpoVgECBlHDRuT6iDdwGZ%252BUFNE | https://www.ebay.com/usr/profseller_company?_trksid=p2047675.m3561.l2559 |

Page 1 of 10

| | | 3YmeQSjlatW2%252BcJtR5%252FRpW6UqU5ahgQ2cvUp1DWeo%252Fzes8C44Z1u0r9Amt1rwHgRWgslHlkmgQsPx4ENRsuHxNqlEqyH%252FxDlnfgM18stJvU9Flswndk9bSkP7OSF5JovwgayoKmgO%252F1YD7c6Be3kxG1ZVmTPzSQ8WOLaX2nCy3pDKKtdMZC0S8itWAkmVEwU67Ii3irpTCGUaUQiw4hxz4W4XtE3ix4R5PknL%252FVgGNueHh6vxdmKaM4XPwRJGi3pU4Bv7cxjHtgK%252F83TaWFeoijxSlNV1LRkOwjMg5UW9HlxmWSy5Lw%252FXazYG9ad682lLX7RaAZkQvbj7aWEnt9VIBbPBxNEU5u%252BDQXfSVL61dt8SZeCehLX2lpMR6mhfhqWqLeqw98RcXycb6763Lzskxl8sVWKTzM2WrrGLdENn5y4WwMBmZ8suhaHlGsdMAujpcAK9zvi3ccXN5skv0hu6URMWqRn%252BM9Y1d0FoUwZhDGCLgdt5XJ76uiK8JL%252Bwo%253D%7Campid%3APL_CLK%7Cclp%3A2047675 | |
|---|---|---|---|
| 2 | dangunar0 | https://www.ebay.com/itm/383479384327?hash=item5949270907:g:jWYAAOSwqdNefH4e | https://www.ebay.com/itm/383479384327?hash=item5949270907:g:jWYAAOSwqdNefH4e |
| 3 | indik36 | https://www.ebay.com/itm/233753026696?_trkparms=ispr%3D1&hash=item366cc42088:g:IyEAAOSw2LBfdgx8&amdata=enc%3AAAQAGAAACoPYe5NmHp%252B2JMhMi7yxGiTJkPrKr5t53CooMSQt2orsSRAQR8FABHjfpFoyRlXhWmeDTsBATPWZaZpHszpL7q83ApNlwxM48n4xcFKAznu7Mi8uzoaXuY1kwPi66lglTlAIs5ZGpyFmrcS6Esr4OvKQ0ZCVbebpXExnSOR%252FnvaGIDeD3CMEHXMS0WRgoCrxHxc%252BUWXZvOYIFghJnIUVf%252FXkZlRVtSR6WYRyw%252BEcRKUR%252FF4M331kNU42lrpql0t3fEsnHiZZfmFTakmS8%252B%252Fh3aFCv0c2pSc%252BUADkvA9lMfVYAA7HniW3tOoRlqaAS9QHFo8Y%252FaFZBl3xxPAXvxU7P1NqHIHUbYujFB5% | https://www.ebay.com/usr/indik36?_trksid=p2047675.m3561.l2559 |

| | | 252BTz0mOHL63JWn18YyETxtq%252BE2awXQw7d%252FF47fLUApwP3J9Rl6t7tZNGRIhYQ17hhIcv8Ox54UL07vIxHDartIviIl5QIKmaQKJetUKGUhBmNFvdg8f%252BGU2PNs4wQi3R9bhvSO9kDK7U6BTGPNtcviMKGFjerZbuuAs%252BcjnNfyChf8KoBGiB6h2WhitJOuvqYrm%252FmiZsC0SFx1lhpQNzH1j9%252FZJ8q4OYCoKOwo2beqa81elUlcHSpaClKPdBjk9UxW4U6z2R6QRtBCroYN5FC0gqr2LVMIfVRqqZ2D%252FEtET7DsL53qWBWPP3lGp51C%252B89uul%252B5KwT2FajcwZJsFxpEHMetb5XocHAo%252BtNfpAFk%252FDnt%252FpiJgr%252B2GUk82NJ1HpM0CacV1p9Bo6EbooxamUb%252FoK2BLma8ygPzlqfkm4y9rnhNWs7vxxjckOCh3jAlxJ5A82%252FvnWnhIAeqn2agW6%252FazdzTEfhExpxH1DAKuANOAfiAklwbixtPCEtzqTCu4%252FX%252Fhqk YvU8Coe9gnyL0WXTXGZpk27VxJAA%253D%253D%7Cclp%3A2334524%7Ctkp%3ABFBMoPao4uBf | |
| 4 | mch7918 | https://www.ebay.com/itm/234188907078?hash=item3686bf2246:g:XBoAAOSwTN9hQd96 | https://www.ebay.com/usr/mch7918?_trksid=p2047675.m3561.l2559 |
| 5 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 6 | yowee_44 | https://www.ebay.com/itm/124320622436?hash=item1cf2162764:g:1zcAAOSwZo5fTnsr | https://www.ebay.com/usr/yowee_44?_trksid=p2047675.m3561.l2559 |
| 7 | c-zone-22 | https://www.ebay.com/itm/383129314057?hash=item5934496309:g:3r8AAOSwmAZep87E | https://www.ebay.com/usr/c-zone-22?_trksid=p2047675.m3561.l2559 |
| 8 | gold-5981 | https://www.ebay.com/itm/303448021406?hash=item46a6e9599e:g:GAwAAOSw2fZfyw8g | https://www.ebay.com/usr/gold-5981?_trksid=p2047675.m3561.l2559 |
| 9 | 1groovypoodle | https://www.ebay.com/itm/174942987856?epid=17033522325&hash=item28bb6a2650:g:lKgAAOSwH4lhRBZm | https://www.ebay.com/usr/1groovypoodle?_trksid=p2047675.m3561.l2559 |
| 10 | dreamingonabudget | https://www.ebay.com/itm/133914591049?epid=17033522325&hash=ite | https://www.ebay.com/usr/dreamingonabudget?_trks |

|    |                          | m1f2dee7f49:g:rzEAAOSwr5tgiURW                                                                                           | id=p2047675.m3561.l2559                                                                    |
|----|--------------------------|--------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------|
| 11 | **EXCLUDED**             | **EXCLUDED**                                                                                                             | **EXCLUDED**                                                                               |
| 12 | **DISMISSED**            | **DISMISSED**                                                                                                            | **DISMISSED**                                                                              |
| 13 | richleejr                | https://www.ebay.com/itm/255363201393?hash=item3b74d53971:g:TUoAAOSwnu9h-JH5                                              | https://www.ebay.com/usr/richleejr?_trksid=p2047675.m3561.l2559                            |
| 14 | mikeydon                 | https://www.ebay.com/itm/275153036770?hash=item40106625e2:g:RPUAAOSw6UpguBAO                                             | https://www.ebay.com/usr/mikeydon?_trksid=p2047675.m3561.l2559                             |
| 15 | mastermedicine           | https://www.ebay.com/itm/143895318205?hash=item2180d44ebd:g:R3kAAOSwIXxf4t6y                                              | https://www.ebay.com/usr/mastermedicine?_trksid=p2047675.m3561.l2559                       |
| 16 | angieswonderemporium     | https://www.ebay.com/itm/184142324025?hash=item2adfbce139:g:HbIAAOSwdz9eOyW9                                             | https://www.ebay.com/usr/angieswonderemporium?_trksid=p2047675.m3561.l2559                 |
| 17 | jenaaces                 | https://www.ebay.com/itm/392951495474?hash=item5b7dbbfb32:g:~bAAAOSwr-hfaCPQ                                             | https://www.ebay.com/usr/jenaaces?_trksid=p2047675.m3561.l2559                             |
| 18 | mariyathas               | https://www.ebay.com/itm/274598590088?hash=item3fef59f688:g:i~QAAOSwZ-9fx7ru                                             | https://www.ebay.com/usr/mariyathas?_trksid=p2047675.m3561.l2559                           |
| 19 | suscarv-20               | https://www.ebay.com/itm/174597721854?hash=item28a6d5cefe:g:mQ8AAOSwM4tgAi5V                                             | https://www.ebay.com/usr/suscarv-20?_trksid=p2047675.m3561.l2559                           |
| 20 | **DISMISSED**            | **DISMISSED**                                                                                                            | **DISMISSED**                                                                              |
| 21 | GSTW                     | https://www.walmart.com/ip/Regrow-7-Day-Ginger-Germinal-Hair-Growth-Serum-Hairdressing-Oil-Loss-Treatment/626319560       | https://www.walmart.com/seller/101070061?itemId=626319560&pageName=item                    |
| 22 | **DISMISSED**            | **DISMISSED**                                                                                                            | **DISMISSED**                                                                              |
| 23 | **DISMISSED**            | **DISMISSED**                                                                                                            | **DISMISSED**                                                                              |
| 24 | **DISMISSED**            | **DISMISSED**                                                                                                            | **DISMISSED**                                                                              |
| 25 | Shengshi.Inc             | https://www.walmart.com/ip/Ginger-Essential-Oil-Hair-Growth-Oil-Hair-Loss-Treatment-Hair-Essential-Oil-                   | https://www.walmart.com/seller/101055295?itemId=238962131&pageName=item                    |

| | | To-Strengthen-The-Hair-Roots-Hair-Growth-Essence/238962131 | |
|---|---|---|---|
| 26 | EXCLUDED | EXCLUDED | EXCLUDED |
| 27 | BULL TECH | https://www.walmart.com/ip/Ginger-Essence-Hairdressing-Hairs-Mask-Hair-Essential-Oil-Hair-Care-Oil-Essentia/250192614 | https://www.walmart.com/seller/101110100?itemId=250192614&pageName=item |
| 28 | DISMISSED | DISMISSED | DISMISSED |
| 29 | DISMISSED | DISMISSED | DISMISSED |
| 30 | ZhengDu-Directly | https://www.amazon.com/Growth-Product-Thickening-Treatment-Packing/dp/B08P1K74NC/ref=sr_1_59?crid=3GVEV74OG44HW&keywords=hair+regrowth+ginger&qid=1645604440&sprefix=hair+regrowginger%2Caps%2C368&sr=8-59 | https://www.amazon.com/sp?ie=UTF8&seller=A3O7G92WZ5GULA&isAmazonFulfilled=1 |
| 31 | DISMISSED | DISMISSED | DISMISSED |
| 32 | DISMISSED | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED | DISMISSED |
| 34 | DISMISSED | DISMISSED | DISMISSED |
| 35 | Yipeng Hengye Supply Chain Management (Chengdu) Co., Ltd | https://www.alibaba.com/product-detail/7-days-nourishing-repairing-damaged-hair_1600426120416.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://yphy.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.59c95b0a6Y7KAF&from=detail&productId=1600426120416 |

| | | | |
|---|---|---|---|
| 36 | Yiwu Maiyuan Imp & Exp Co., Ltd. | https://www.alibaba.com/product-detail/Best-Selling-Hair-Loss-Products-Hair_1600317285222.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://yiwumaiyuan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.3c6256f9LOP2Jl&from=detail&productId=1600317285222 |
| 37 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 38 | Shenzhen Ifine Technology Company Ltd | https://www.alibaba.com/product-detail/7days-Ginger-Germinal-Oil-Hair-Growth_1600254323159.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://szifine.en.alibaba.com/minisiteentrance.html?spm=a2700.details.cordpanyb.2.181b41ebOep3eP&from=detail&productId=1600254323159 |
| 39 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 40 | Halibaba Biotechnology (Guangdong) Co., Ltd. | https://www.alibaba.com/product-detail/Private-Label-Hair-Care-Treatment-Essential_1600254192661.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://gzestbc.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.3aab28089gNqu8&from=detail&productId=1600254192661 |
| 41 | Guangzhou Yuxin Cosmetic Co., Ltd. | https://www.alibaba.com/product-detail/Factory-price-good-quality-OEM-ODM_62041179014.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://yuxinjituan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1d134bcfneFoZB&from=detail&productId=62041179014 |
| 42 | Dongguan Mslam Cosmetics Co., Ltd. | https://www.alibaba.com/product-detail/natural-ginger-hair-oil-prevents-hair_62121264666.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://mslam.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.3cf34a46FsQtAS&from=detail&productId=62121264666 |
| 43 | Shenyang Jiawen International Trade Co., Ltd. | https://www.alibaba.com/product-detail/Ginger-hair-care-oil-30ml-massage_1600358203986.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://syjiawen.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.214a3851JVUO46&from=detail&productId=1600358203986 |
| 44 | Guangzhou Fulishi Biological Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hair-Treatment-Growth-Oil-Anti-hair_1600329337644.html?spm=a27 | https://fulishi.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1dd84266T2iDf |

| | | 00.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | x&from=detail&productId=1600329337644 |
|---|---|---|---|
| 45 | Guangzhou Hangmei Cosmetics Co., Ltd. | https://www.alibaba.com/product-detail/30ML-100-Natural-Massage-Hair-Loss_1600091819781.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://hangmei2015.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.67c9764fkKp0KH&from=detail&productId=1600091819781 |
| 46 | Foshan Ms & Mr Beauty Care Co., Ltd. | https://www.alibaba.com/product-detail/30ML-Hair-Loss-Treatment-Serum-Germinal_1600448288492.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://msmrbc.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4c3b49590jgExk&from=detail&productId=1600448288492 |
| 47 | Shenzhen Hengyi Technology Co., Ltd. | https://www.alibaba.com/product-detail/Best-selling-Ginger-Germinal-Oil-Hair_62128075327.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://hengyeetech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.632c5f56ituOly&from=detail&productId=62128075327 |
| 48 | Shanxi Meila Bio-Tech Co., Ltd. | https://www.alibaba.com/product-detail/Hair-Loss-Treatment-Anti-Balding-Natural_62360280659.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://sxmeila.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.367a66a0tjXqJz&from=detail&productId=62360280659 |
| 49 | Shenzhen Snows Technology Co., Ltd. | https://www.alibaba.com/product-detail/Anti-Loss-Treatment-Long-Hair-Growth_1600181498516.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://szsnows.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.fc4de386JH0qLJ&from=detail&productId=1600181498516 |
| 50 | Shenzhen Yidishi Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Private-Label-Hair-Loss-Solution-China_1600129144456.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://szeds.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.e6022840mxbCcx&from=detail&productId=1600129144456 |
| 51 | Shenzhen Tong Fei Trade Co., Ltd | https://www.alibaba.com/product-detail/7-days-king-of-ginger-hair_1600164258585.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://cntongfei.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5f05883cCdkHt4&from=detail&productId=1600164258585 |

| 52 | Guangzhou Biting Cosmetics Co., Ltd | https://www.alibaba.com/product-detail/7-Days-Ginger-Hair-Growth-Private_1600235007632.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9&s=p | https://biting.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.cd374da92PDAON&from=detail&productId=1600235007632 |
|---|---|---|---|
| 53 | Guangzhou Baiyun Yanmei Cosmetics Factory | https://www.alibaba.com/product-detail/Anti-Hair-Loss-Chinese-Herbal-Formula_1600078690499.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9 | https://gzyanmei.en.alibaba.com/minisiteentrance.html?spm=a2700.details.cordpanyb.2.4860419cKNo2Pz&from=detail&productId=1600078690499 |
| 54 | Chengdu Xinqilin Trading Company Ltd. | https://www.alibaba.com/product-detail/7-days-nourishing-repairing-damaged-hair_1600438165466.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9 | https://royesic.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.7ee35b0aU4Tef0&from=detail&productId=1600438165466 |
| 55 | Shenzhen Minghe Technology Co., Ltd | https://www.alibaba.com/product-detail/Regrow-7-day-ginger-hair-oil_1600381799368.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9 | https://minghetech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.2d2f7814LnhiqY&from=detail&productId=1600381799368 |
| 56 | Shenzhen Qiaonvhai Trading Co., Ltd | https://www.alibaba.com/product-detail/7-Day-Ginger-Germinal-Serum-Essence_1600303998047.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9 | https://fetzorrostore.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5edd5148VH8P05&from=detail&productId=1600303998047 |
| 57 | Guangzhou Wensha Cosmetics Co., Ltd | https://www.alibaba.com/product-detail/Wholesale-30ml-Ginger-Oil-Hair-Growth_1600252741548.html?spm=a2700.galleryofferlist.normal_offer.d_title.1f306a91NUWoZS | https://wensa.en.alibaba.com/minisiteentrance.html?spm=a2700.details.cordpanyb.2.165c38a2eaxs8H&from=detail&productId=1600252741548 |
| 58 | Shenzhen Hengrui Fangzun Trading Co., Ltd | https://www.alibaba.com/product-detail/30ML-Effective-Ginger-Hair-Growth-Treatment_62288477195.html?spm=a2700.galleryofferlist.normal_offer.d_title.1f306a91NUWoZS | https://hrfz728.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1b6f6e37nH2lqw&from=detail&productId=62288477195 |
| 59 | Chongqing Jiuli Trading Co., Ltd | https://www.alibaba.com/product-detail/30ml-Hair-Growth-Serum-Esence-for_1600120491147.html?spm=a270 | https://cqjlmy.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.32692cab1Ugs6 |

|  |  | 0.galleryofferlist.normal_offer.d_title.1f306a91NUWoZS | E&from=detail&productId=1600120491147 |
|---|---|---|---|