IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
|                 Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-03201 |
| | ) | |
|                 v. | ) | Dist. Judge Charles P. Kocoras |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Beth W. Jantz |
| Identified in Schedule "A," | ) | |
|                 Defendants. | ) | |

**Declaration of Service**

I, Ilya G. Zlatkin, of the Town of Munster, in the state of Indiana, hereby declare as follows:

**1.** I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am an attorney for Plaintiff Dan Wang. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

**2.** I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time after receiving service of process [*See* Dkt. 31] in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

**3.** My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated online marketplace account and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China and Sri Lanka. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 19, 2024 at Munster, Indiana.

        Respectfully submitted,

        /s/Ilya G. Zlatkin
        Ilya G. Zlatkin
        Zlatkin Cann Entertainment
        4245 North Knox Avenue
        Chicago, Illinois 60641
        (312) 809-8022
        ilya@zce.law

        *Counsel for Plaintiff Dan Wang*