# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-03201 |
| | ) | |
| v. | ) | Dist. Judge Charles P. Kocoras |
| | ) | |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Beth W. Jantz |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

## NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that on Thursday, May 2, 2024, at 10:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Charles P. Kocoras or any judge sitting in his stead, in Room 1801 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or using video or teleconferencing technology, as the Court may require, and shall present the following motions: (1) Plaintiff's Motion for Entry of Default and Default Judgment [Dkt. 100]; and (2) Agreed Motion for Entry of Consent Judgment [Dkt. 99]. Alternatively, if no appearance for presentment is required by the Court, I agree to notify all parties (to the extent I have such parties' contact information in my actual possession as of the date of this notice) that the Court will rule by written order and that an appearance on the date of presentment is not required.

Dated: April 19, 2024

                                                    Respectfully submitted,

                                                    <u>/s/Ilya G. Zlatkin</u>
                                                    Zlatkin Cann Entertainment
                                                    4245 N Knox Ave
                                                    Chicago, IL 60641
                                                    (312) 809-8022
                                                    ilya@zce.law

                                                    *Counsel for Plaintiff Dan Wang*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 19, 2024, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
