UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dan Wang

                Plaintiff,

v.                 Case No.: 1:22−cv−03201

                Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2024:

    MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion to approve consent judgment with respect to Defendant 26 (Fly Sunton) [99] is granted. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.