IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-03201 |
| | ) | |
| v. | ) | Dist. Judge Charles P. Kocoras |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) | Mag. Judge Beth W. Jantz |
| | ) | |
| Defendants. | ) | |

## Consent Judgment

This action having been commenced by Plaintiff Dan Wang against, *inter alia*, the following defendant ("Defendant"):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 26 | Fly Sunton |

Plaintiff and Defendant have resolved all claims asserted in the Complaint and have agreed to the entry of this Consent Judgment. Specifically, the parties have agreed to a confidential settlement agreement dated January 30, 2023 ("Settlement Agreement"). Plaintiff may forward the Settlement Agreement to third-party platform(s) in conjunction with this Consent Judgment to cause such third-party platform(s) to facilitate the implementation of the Settlement Agreement, including, without limitation, by causing the transfer of any potential settlement payments in the amount(s) instructed by the Plaintiff.

IT IS SO ORDERED.

_____
Charles P. Kocoras
United States District Judge

Date: April 24, 2024