**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Dan Wang, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-03201 |
| | ) | |
| v. | ) | Dist. Judge Charles P. Kocoras |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Beth W. Jantz |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

## Final Judgment Order

This action having been commenced by Plaintiff Dan Wang ("Plaintiff") against the defendants identified in the Complaint (collectively, "Defendant Online Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the non-dismissed and non-excluded defendants identified on Schedule A attached hereto (collectively, "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants, which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

**THIS COURT HEREBY FINDS** that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do

business with Illinois residents by operating one or more commercial, interactive Defendant Online Stores through which Illinois residents can purchase products being sold by Defaulting Defendants using infringing versions of the JIANGWANG Mark:

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 6,151,499 | 姜王 | For: Essential oils; Hair nourishers; Hair oils; Hair tonics. class 003. |

**THIS COURT FURTHER FINDS** that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

**IT IS FURTHER ORDERED** that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the JIANGWANG Mark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine JIANGWANG Product or not authorized by Plaintiff to be sold in connection with the JIANGWANG Mark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine JIANGWANG Product or any other product produced by Plaintiff, that is not Plaintiff's

or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the JIANGWANG Mark;

    **c.** committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    **d.** further infringing the JIANGWANG Mark and damaging Plaintiff's goodwill;

    **e.** otherwise competing unfairly with Plaintiff in any manner; and

    **f.** manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the JIANGWANG Mark.

**2.** Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Online Stores or other online marketplace accounts operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as Amazon, eBay, AliExpress, Alibaba and Walmart, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third-party processors, and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo (collectively, "Third Party Providers") shall within three (3) business days of receipt of this Order:

    **a.** disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the JIANGWANG Mark;

      **b.** disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the JIANGWANG Mark; and

      **c.** take all steps necessary to prevent links to the Defendant Online Stores identified on Schedule A hereto from displaying in search results, including, but not limited to, removing links to the Defendant Online Stores from any search index.

**3.** Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Two Hundred Thousand U.S. Dollars ($200,000) for willful use of counterfeit JIANGWANG trademark on products sold through at least the Defendant Online Stores.

**4.** Any Third-Party Providers holding funds for Defaulting Defendants, including PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Skrill, PingPong, eBay, Walmart, or Amazon shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants or the Defendant Online Stores identified in Schedule A hereto from transferring or disposing of any money or other of Defaulting Defendants' assets.

**5.** All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Skrill, PingPong, eBay, Walmart, or Amazon are hereby released to Plaintiff as partial payment of the above-identified damages, and PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Skrill, PingPong, eBay, Walmart, or Amazon are ordered to release to Plaintiff the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Skrill, PingPong, eBay, Walmart, or Amazon, in the event that any new financial accounts controlled, used, or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Skrill, PingPong, eBay, Walmart, or Amazon, shall within five (5) business days:

    a. locate all accounts and funds connected to Defaulting Defendants or the Defendant Online Stores, including, but not limited to, any PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Skrill, PingPong, eBay, Walmart, or Amazon accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to the Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by Third-Party Providers or other third parties.

This is a Final Judgment.

_____

Charles P. Kocoras
United States District Judge

Date: May 1, 2024

## Schedule A

| # | Store | Listing URL | Store URL |
|---|---|---|---|
| 1 | profseller_company | https://www.ebay.com/itm/402668093846?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo%3DHOMESPLICE.SIM%26ao%3D1%26asc%3D20201210111314%26meid%3Dc73b72be7e8f4319964e565c69762ac5%26pid%3D101195%26rk%3D2%26rkt%3D12%26sd%3D124774613090%26itm%3D402668093846%26pmt%3D1%26noa%3D0%26pg%3D2047675%26algv%3DSimplAMLv9PairwiseWebMskuAspectsV202110NoVariantSeed%26brand%3DUnbranded&_trksid=p2047675.c101195.m1851&amdata=cksum%3A402668093846c73b72be7e8f4319964e565c69762ac5%7Cenc%3AAAQAGAAACIJMl6JEq2U%252BSxFAYYhHEUAeHorYot9URkq1o%252B8KR5Y%252BD3MezwbJnyuLKbujpyEVUGgIgVvZqGxyrUFe3tLUG8uj3lx8vW9sPoWNylKsQUFm9WANPv5c4cwgLiZlHqCDTGcEbjQcwzbXeh0K1GiTIdaYGSog5TWpJhjQzGacvS7wXb7llshpz0oXS7%252BrRa%252BtbpoVgECBlHDRuT6iDdwGZ%252BUFNE3YmeQSjlatW2%252BcJtR5%252FRpW6UqU5ahgQ2cvUp1DWeo%252Fzes8C44Z1u0r9Amt1rwHgRWgslHlkmgQsPx4ENRsuHxNqlEqyH%252FxDlnfgM18stJvU9Flswndk9bSkP7OSF5JovwgayoKmgO%252F1YD7c6Be3kxG1ZVmTPzSQ8WOLaX2nCy3pDKKtdMZC0S8itWAkmVEwU67Ii3irpTCGUaUQiw4hxz4W4XtE3ix4R5PknL%252FVgGNueHh6vxdmKaM4XPwRJGi3pU4Bv7cxjHtgK%252F83TaWFeoijxSlNV1LRkOwjMg5UW9HlxmWSy5Lw%252FXazYG9ad682lLX7RaAZkQvbj7aWEnt9VIBbPBxNEU5u%252BDQXfSVL61dt8SZeCehLX2lpMR6mhfhqWqLeqw98RcXycb6763Lzskxl8sVWKTzM2WrrGLdENn5y4WwMBmZ8suha | https://www.ebay.com/usr/profseller_company?_trksid=p2047675.m3561.l2559 |

| | | | |
|---|---|---|---|
| | | HlGsdMAujpcAK9zvi3ccXN5skv0hu6URMWqRn%252BM9Y1d0FoUwZhDGCLgdt5XJ76uiK8JL%252Bwo%253D%7Campid%3APL_CLK%7Cclp%3A2047675 | |
| 2 | dangunar0 | https://www.ebay.com/itm/383479384327?hash=item5949270907:g:jWYAAOSwqdNefH4e | https://www.ebay.com/itm/383479384327?hash=item5949270907:g:jWYAAOSwqdNefH4e |
| 3 | indik36 | https://www.ebay.com/itm/233753026696?_trkparms=ispr%3D1&hash=item366cc42088:g:IyEAAOSw2LBfdgx8&amdata=enc%3AAAQAGAAAACoPYe5NmHp%252B2JMhMi7yxGiTJkPrKr5t53CooMSQt2orsSRAQR8FABHjfpFoyRlXhWmeDTsBATPWZaZpHszpL7q83ApNlwxM48n4xcFKAznu7Mi8uzoaXuY1kwPi66lglTlAIs5ZGpyFmrcS6Esr4OvKQ0ZCVbebpXExnSOR%252FnvaGIDeD3CMEHXMS0WRgoCrxHxc%252BUWXZvOYIFghJnIUVf%252FXkZlRVtSR6WYRyw%252BEcRKUR%252FF4M331kNU42lrpql0t3fEsnHiZZfmFTakmS8%252B%252Fh3aFCv0c2pSc%252BUADkvA9lMfVYAA7HniW3tOoRlqaAS9QHFo8Y%252FaFZBl3xxPAXvxU7P1NqHIHUbYujFB5%252BTz0mOHL63JWn18YyETxtq%252BE2awXQw7d%252FF47fLUAp | https://www.ebay.com/usr/indik36?_trksid=p2047675.m3561.l2559 |

| | | | |
|---|---|---|---|
| | | wP3J9Rl6t7tZNGRIhYQ17hhIcv8O x54UL07vIxHDartIviIl5QIKmaQKJ etUKGUhBmNFvdg8f%252BGU2P Ns4wQi3R9bhvSO9kDK7U6BTGP NtcviMKGFjerZbuuAs%252BcjnNf yChf8KoBGiB6h2WhitJOuvqYrm% 252FmiZsC0SFx1lhpQNzH1j9%252 FZJ8q4OYCoKOwo2beqa81elUlcH SpaClKPdBjk9UxW4U6z2R6QRtB CroYN5FC0gqr2LVMIfVRqqZ2D% 252FEtET7DsL53qWBWPP3lGp51 C%252B89uul%252B5KwT2FajcwZ JsFxpEHMetb5XocHAo%252BtNfp AFk%252FDnt%252FpiJgr%252B2 GUk82NJ1HpM0CacV1p9Bo6Eboo xamUb%252FoK2BLma8ygPzlqfkm 4y9rnhNWs7vxxjckOCh3jAlxJ5A82 %252FvnWnhIAeqn2agW6%252Faz dzTEfhExpxH1DAKuANOAfiAklw bixtPCEtzqTCu4%252FX%252Fhqk YvU8Coe9gnyL0WXTXGZpk27VxJ AA%253D%253D%7Cclp%3A2334 524%7Ctkp%3ABFBMoPao4uBf | |
| 4 | mch7918 | https://www.ebay.com/itm/23418890 7078?hash=item3686bf2246:g:XBoA AOSwTN9hQd96 | https://www.ebay.com/usr /mch7918?_trksid=p2047 675.m3561.l2559 |
| 5 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 6 | yowee_44 | https://www.ebay.com/itm/12432062 2436?hash=item1cf2162764:g:1zcA AOSwZo5fTnsr | https://www.ebay.com/usr /yowee_44?_trksid=p2047 675.m3561.l2559 |
| 7 | c-zone-22 | https://www.ebay.com/itm/38312931 4057?hash=item5934496309:g:3r8A AOSwmAZep87E | https://www.ebay.com/usr /c-zone- 22?_trksid=p2047675.m3 561.l2559 |
| 8 | gold-5981 | https://www.ebay.com/itm/30344802 1406?hash=item46a6e9599e:g:GAw AAOSw2fZfyw8g | https://www.ebay.com/usr /gold- 5981?_trksid=p2047675. m3561.l2559 |
| 9 | 1groovypoodle | https://www.ebay.com/itm/17494298 7856?epid=17033522325&hash=ite m28bb6a2650:g:lKgAAOSwH4lhRB Zm | https://www.ebay.com/usr /1groovypoodle?_trksid=p 2047675.m3561.l2559 |
| 10 | dreamingonabudget | https://www.ebay.com/itm/13391459 1049?epid=17033522325&hash=ite m1f2dee7f49:g:rzEAAOSwr5tgiUR W | https://www.ebay.com/usr /dreamingonabudget?_trks id=p2047675.m3561.l255 9 |

| 11 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** |
|---|---|---|---|
| 12 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 13 | richleejr | https://www.ebay.com/itm/25536320 1393?hash=item3b74d53971:g:TUo AAOSwnu9h-JH5 | https://www.ebay.com/usr /richleejr?_trksid=p20476 75.m3561.l2559 |
| 14 | mikeydon | https://www.ebay.com/itm/27515303 6770?hash=item40106625e2:g:RPU AAOSw6UpguBAO | https://www.ebay.com/usr /mikeydon?_trksid=p2047 675.m3561.l2559 |
| 15 | mastermedicine | https://www.ebay.com/itm/14389531 8205?hash=item2180d44ebd:g:R3kA AOSwIXxf4t6y | https://www.ebay.com/usr /mastermedicine?_trksid= p2047675.m3561.l2559 |
| 16 | angieswonderempo rium | https://www.ebay.com/itm/18414232 4025?hash=item2adfbce139:g:HbIA AOSwdz9eOyW9 | https://www.ebay.com/usr /angieswonderemporium? _trksid=p2047675.m3561. l2559 |
| 17 | jenaaces | https://www.ebay.com/itm/39295149 5474?hash=item5b7dbbfb32:g:~bAA AOSwr-hfaCPQ | https://www.ebay.com/usr /jenaaces?_trksid=p20476 75.m3561.l2559 |
| 18 | mariyathas | https://www.ebay.com/itm/27459859 0088?hash=item3fef59f688:g:i~QAA OSwZ-9fx7ru | https://www.ebay.com/usr /mariyathas?_trksid=p204 7675.m3561.l2559 |
| 19 | suscarv-20 | https://www.ebay.com/itm/17459772 1854?hash=item28a6d5cefe:g:mQ8A AOSwM4tgAi5V | https://www.ebay.com/usr /suscarv- 20?_trksid=p2047675.m3 561.l2559 |
| 20 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 21 | GSTW | https://www.walmart.com/ip/Regrow -7-Day-Ginger-Germinal-Hair- Growth-Serum-Hairdressing-Oil- Loss-Treatment/626319560 | https://www.walmart.com/ seller/101070061?itemId= 626319560&pageName=it em |
| 22 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 23 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 24 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 25 | Shengshi.Inc | https://www.walmart.com/ip/Ginger- Essential-Oil-Hair-Growth-Oil-Hair- Loss-Treatment-Hair-Essential-Oil- To-Strengthen-The-Hair-Roots-Hair- Growth-Essence/238962131 | https://www.walmart.com/ seller/101055295?itemId= 238962131&pageName=it em |

| 26 | EXCLUDED | EXCLUDED | EXCLUDED |
|----|----------|----------|----------|
| 27 | BULL TECH | https://www.walmart.com/ip/Ginger-Essence-Hairdressing-Hairs-Mask-Hair-Essential-Oil-Hair-Care-Oil-Essentia/250192614 | https://www.walmart.com/seller/101110100?itemId=250192614&pageName=item |
| 28 | DISMISSED | DISMISSED | DISMISSED |
| 29 | DISMISSED | DISMISSED | DISMISSED |
| 30 | ZhengDu-Directly | https://www.amazon.com/Growth-Product-Thickening-Treatment-Packing/dp/B08P1K74NC/ref=sr_1_59?crid=3GVEV74OG44HW&keywords=hair+regrowth+ginger&qid=1645604440&sprefix=hair+regrowginger%2Caps%2C368&sr=8-59 | https://www.amazon.com/sp?ie=UTF8&seller=A3O7G92WZ5GULA&isAmazonFulfilled=1 |
| 31 | DISMISSED | DISMISSED | DISMISSED |
| 32 | DISMISSED | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED | DISMISSED |
| 34 | DISMISSED | DISMISSED | DISMISSED |
| 35 | Yipeng Hengye Supply Chain Management (Chengdu) Co., Ltd | https://www.alibaba.com/product-detail/7-days-nourishing-repairing-damaged-hair_1600426120416.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://yphy.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.59c95b0a6Y7KAF&from=detail&productId=1600426120416 |
| 36 | Yiwu Maiyuan Imp & Exp Co., Ltd. | https://www.alibaba.com/product-detail/Best-Selling-Hair-Loss-Products- | https://yiwumaiyuan.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesa |

|  |  | Hair_1600317285222.html?spm=a27 00.galleryofferlist.normal_offer.d_titl e.3da0227fjikSIy | le.cordpanyb.2.3c6256f9L OP2Jl&from=detail&prod uctId=1600317285222 |
|---|---|---|---|
| 37 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 38 | Shenzhen Ifine Technology Company Ltd | https://www.alibaba.com/product-detail/7days-Ginger-Germinal-Oil-Hair-Growth_1600254323159.html?spm= a2700.galleryofferlist.normal_offer.d _title.3da0227fjikSIy | https://szifine.en.alibaba.c om/minisiteentrance.html? spm=a2700.details.cordpa nyb.2.181b41ebOep3eP&f rom=detail&productId=16 00254323159 |
| 39 | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 40 | Halibaba Biotechnology (Guangdong) Co., Ltd. | https://www.alibaba.com/product-detail/Private-Label-Hair-Care-Treatment-Essential_1600254192661.html?spm =a2700.galleryofferlist.normal_offer. d_title.3da0227fjikSIy | https://gzestbc.en.alibaba. com/minisiteentrance.html ?spm=a2700.wholesale.co rdpanyb.2.3aab28089gNq u8&from=detail&productI d=1600254192661 |
| 41 | Guangzhou Yuxin Cosmetic Co., Ltd. | https://www.alibaba.com/product-detail/Factory-price-good-quality-OEM-ODM_62041179014.html?spm=a270 0.galleryofferlist.normal_offer.d_title .3da0227fjikSIy | https://yuxinjituan.en.aliba ba.com/minisiteentrance.h tml?spm=a2700.wholesale .cordpanyb.2.1d134bcfneF oZB&from=detail&produ ctId=62041179014 |
| 42 | Dongguan Mslam Cosmetics Co., Ltd. | https://www.alibaba.com/product-detail/natural-ginger-hair-oil-prevents-hair_62121264666.html?spm=a2700. galleryofferlist.normal_offer.d_title.3 da0227fjikSIy | https://mslam.en.alibaba.c om/minisiteentrance.html? spm=a2700.wholesale.cor dpanyb.2.3cf34a46FsQtA S&from=detail&productId =62121264666 |
| 43 | Shenyang Jiawen International Trade Co., Ltd. | https://www.alibaba.com/product-detail/Ginger-hair-care-oil-30ml-massage_1600358203986.html?spm= a2700.galleryofferlist.normal_offer.d _title.3da0227fjikSIy | https://syjiawen.en.alibaba .com/minisiteentrance.htm l?spm=a2700.wholesale.c ordpanyb.2.214a3851JVU O46&from=detail&produ ctId=1600358203986 |
| 44 | Guangzhou Fulishi Biological Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hair-Treatment-Growth-Oil-Anti-hair_1600329337644.html?spm=a27 00.galleryofferlist.normal_offer.d_titl e.3da0227fjikSIy | https://fulishi.en.alibaba.c om/minisiteentrance.html? spm=a2700.wholesale.cor dpanyb.2.1dd84266T2iDf x&from=detail&productId =1600329337644 |

| 45 | Guangzhou Hangmei Cosmetics Co., Ltd. | https://www.alibaba.com/product-detail/30ML-100-Natural-Massage-Hair-Loss_1600091819781.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://hangmei2015.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.67c9764fkKp0KH&from=detail&productId=1600091819781 |
|----|----|----|----|
| 46 | Foshan Ms & Mr Beauty Care Co., Ltd. | https://www.alibaba.com/product-detail/30ML-Hair-Loss-Treatment-Serum-Germinal_1600448288492.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://msmrbc.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4c3b49590jgExk&from=detail&productId=1600448288492 |
| 47 | Shenzhen Hengyi Technology Co., Ltd. | https://www.alibaba.com/product-detail/Best-selling-Ginger-Germinal-Oil-Hair_62128075327.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://hengyeetech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.632c5f56ituOly&from=detail&productId=62128075327 |
| 48 | Shanxi Meila Bio-Tech Co., Ltd. | https://www.alibaba.com/product-detail/Hair-Loss-Treatment-Anti-Balding-Natural_62360280659.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://sxmeila.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.367a66a0tjXqJz&from=detail&productId=62360280659 |
| 49 | Shenzhen Snows Technology Co., Ltd. | https://www.alibaba.com/product-detail/Anti-Loss-Treatment-Long-Hair-Growth_1600181498516.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://szsnows.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.fc4de386JH0qLJ&from=detail&productId=1600181498516 |
| 50 | Shenzhen Yidishi Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Private-Label-Hair-Loss-Solution-China_1600129144456.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://szeds.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.e6022840mxbCcx&from=detail&productId=1600129144456 |
| 51 | Shenzhen Tong Fei Trade Co., Ltd | https://www.alibaba.com/product-detail/7-days-king-of-ginger-hair_1600164258585.html?spm=a2700.galleryofferlist.normal_offer.d_title.3da0227fjikSIy | https://cntongfei.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5f05883cCdkHt4&from=detail&productId=1600164258585 |
| 52 | Guangzhou Biting Cosmetics Co., Ltd | https://www.alibaba.com/product-detail/7-Days-Ginger-Hair-Growth-Private_1600235007632.html?spm=a | https://biting.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.cd374da92PDAO |

| | | 2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9&s=p | N&from=detail&productId=1600235007632 |
|---|---|---|---|
| 53 | Guangzhou Baiyun Yanmei Cosmetics Factory | https://www.alibaba.com/product-detail/Anti-Hair-Loss-Chinese-Herbal-Formula_1600078690499.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9 | https://gzyanmei.en.alibaba.com/minisiteentrance.html?spm=a2700.details.cordpanyb.2.4860419cKNo2Pz&from=detail&productId=1600078690499 |
| 54 | Chengdu Xinqilin Trading Company Ltd. | https://www.alibaba.com/product-detail/7-days-nourishing-repairing-damaged-hair_1600438165466.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9 | https://royesic.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.7ee35b0aU4Tef0&from=detail&productId=1600438165466 |
| 55 | Shenzhen Minghe Technology Co., Ltd | https://www.alibaba.com/product-detail/Regrow-7-day-ginger-hair-oil_1600381799368.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9 | https://minghetech.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.2d2f7814LnhiqY&from=detail&productId=1600381799368 |
| 56 | Shenzhen Qiaonvhai Trading Co., Ltd | https://www.alibaba.com/product-detail/7-Day-Ginger-Germinal-Serum-Essence_1600303998047.html?spm=a2700.galleryofferlist.normal_offer.d_title.ac205bees7gZq9 | https://fetzorrostore.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5edd5148VH8P05&from=detail&productId=1600303998047 |
| 57 | Guangzhou Wensha Cosmetics Co., Ltd | https://www.alibaba.com/product-detail/Wholesale-30ml-Ginger-Oil-Hair-Growth_1600252741548.html?spm=a2700.galleryofferlist.normal_offer.d_title.1f306a91NUWoZS | https://wensa.en.alibaba.com/minisiteentrance.html?spm=a2700.details.cordpanyb.2.165c38a2eaxs8H&from=detail&productId=1600252741548 |
| 58 | Shenzhen Hengrui Fangzun Trading Co., Ltd | https://www.alibaba.com/product-detail/30ML-Effective-Ginger-Hair-Growth-Treatment_62288477195.html?spm=a2700.galleryofferlist.normal_offer.d_title.1f306a91NUWoZS | https://hrfz728.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.1b6f6e37nH2lqw&from=detail&productId=62288477195 |
| 59 | Chongqing Jiuli Trading Co., Ltd | https://www.alibaba.com/product-detail/30ml-Hair-Growth-Serum-Esence-for_1600120491147.html?spm=a2700.galleryofferlist.normal_offer.d_title.1f306a91NUWoZS | https://cqjlmy.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.32692cab1Ugs6E&from=detail&productId=1600120491147 |