IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-03201 |
| | ) | |
| v. | ) | Dist. Judge Charles P. Kocoras |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) | Mag. Judge Beth W. Jantz |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion to Release Injunction Bond**

On July 26, 2022, Plaintiff Dan Wang ("Plaintiff") deposited the sum of Ten Thousand U.S. Dollars ($10,000) with the Clerk of the Court [Dkt. 19] to support the Temporary Restraining Order [Dkt. 16]. This deposit was required by the Temporary Restraining Order. [Dkt. 16]. On May 1, 2024, the Default Judgment Order was entered, [Dkt. 106]. The case has been terminated.

Plaintiff respectfully requests that the Court enter an Order directing the Clerk to return the bond deposit to Plaintiff's counsel.

Dated: August 23, 2024

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
ilya@zce.law

*Counsel for Plaintiff*